# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0921

VERSUS

THERESA WARD

**NOVEMBER 19, 2020**

---

In Re:   Theresa Ward, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 590,811.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

**JMM**
**AHP**

**Holdridge, J.,** I respectfully dissent. I would grant the writ. The state failed to prove beyond a reasonable doubt that the defendant was guilty of the crime charged.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT